IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHIRLEY LOVE,<br><br>*Plaintiff,*<br><br>v.<br><br>HALLCON CORPORATION,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§ Case No. 2:23-CV-0149-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is the Agreed Stipulation of Dismissal With Prejudice (the "Stipulation") filed by Plaintiff Shirley Love ("Plaintiff") and Defendant Hallcon Corporation ("Defendant"). (Dkt. No. 18.) In the Stipulation, the parties stipulate to dismissal of the above-captioned case WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Dec 27, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE